LYMAN C. BRIGGS *& al. versus* GRAND TRUNK RAILWAY CO.

Duplicity of a declaration can only be taken advantage of by special demurrer, pointing out the objection and the grounds of it.

ON EXCEPTIONS.

CASE; for damages for an alleged unjustifiable delay in the transportation of flour.

The defendants filed a general demurrer at the first term, which the presiding Judge sustained, and the plaintiffs alleged exceptions.

*P. Barnes*, for the defendants.

*Davis & Drummond*, for the plaintiffs.

No briefs came into the hands of the Reporter.

KENT, J. — The objection to the declaration, as stated in argument, is, that it is bad for duplicity. It may be so, but the demurrer is general and not special. According to long established rules of pleading, duplicity can only be taken advantage of on *special* demurrer, pointing out the objection and the grounds of it. *Scott* v. *Whipple*, 6 Greenlief, 425. *Otis* v. *Blake*, 6 Mass., 336. *Commonwealth*

*v. Tuck,* 20 Pick., 361; 1 Chitty Pleadings, 512; 2 Johns., 433; 20 Johns., 404. *Exceptions sustained.*

*Demurrer overruled.*

APPLETON, C. J., WALTON, DICKERSON, BARROWS and TAPLEY, JJ., concurred.